JONATHAN O. PENA, SBN#278044
Peña & Bromberg, A Professional Law Corp.
5740 N. Palm Ave., Ste. 103
Fresno, CA  93704
Ph: 559-439-9700, Fax: 559-439-9723
info@jonathanpena.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| ESTELA LOVE,<br><br>        Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:14-cv-01802-BAM<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO SERVE PLAINTIFF'S LETTER BRIEF |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for serving Plaintiff's LETTER BRIEF be extended from June 13, 2015, to August 16, 2015.  This is Plaintiff's first request for an extension by stipulation of the parties. Plaintiff's Counsel recently moved locations to the address noted above and underwent significant system changes.  Counsel apologizes to the Court and all parties involved for any inconvenience caused by this delay.

Dated:  July 17, 2015

Respectfully submitted,
*/s/   Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorney for Plaintiff

Dated:  July 17, 2015

BENJAMIN B. WAGNER
United States Attorney

1

DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration

By: **(As authorized via email on 7/17/15)**
/s/
Ben A. Porter
Office of the General Counsel/SSA
Attorneys for Defendant

## **ORDER**

Based on the parties' stipulation (Doc. 11), and for good cause being shown, IT IS HEREBY ORDERED,

1. The parties' stipulation allowing Plaintiff an extension of time to file her opening letter brief is **GRANTED**. (Doc. 11);

2. Plaintiff shall have up to and including **August 16, 2015**, in which to submit her Confidential Letter Brief to Defendant;

3. All other deadlines set forth in the November 19, 2014, Case Management Order are modified accordingly.

IT IS SO ORDERED.

Dated:   **July 22, 2015**         /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE