BENJAMIN B. WAGNER
United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
BEN A. PORTER, WSBN 14195
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8979
Facsimile: (415) 744-0134
E-Mail: Ben.Porter@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| ESTELA LOVE, | Case No.: 1:14−CV−01802−BAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXTEND TIME |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

The parties, through their respective counsel, stipulate that the time for filing of Defendant's Opposition to Plaintiff's Opening Brief be extended thirty (30) days from November 16, 2015 to December 16, 2015. Plaintiff's Reply brief will be accordingly extended to December 31, 2016. This is Defendant's first request for an extension of time. Counsel for the Defendant needs additional time because he erred in calendaring the due date for his Opposition brief. Counsel sincerely

1 −  Stipulation & Order for Extension, 1:14−CV−01802−BAM

apologizes for any inconvenience caused to the Court or to Plaintiff's counsel by this delay.

Dated: November 29, 2015    */s/ Young Cho*
YOUNG CHO,
Attorney for Plaintiff
(by e-mail authorization )

Dated: November 30, 2015    Respectfully submitted,
BENJAMIN B. WAGNER
United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:    /s/  *Ben A. Porter*
BEN A. PORTER
Special Assistant U.S. Attorney
Attorneys for Defendant

## ORDER

Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that Defendant shall have an extension of time to December 16, 2015, to file Defendant's opposition to Plaintiff's opening brief.  Plaintiff's reply, if any, shall be filed on or before December 31, 2015.

IT IS SO ORDERED.

Dated:   **December 1, 2015**           /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE